Case No. 23-1703

# United States Court of Appeals
# for the Ninth Circuit

| | |
|---|---|
| United States of America, | |
| Plaintiff/Appellant, | D.C. No. 3:22-cr-68-ART-CLB |
| v. | |
| Triston Harris Steinman, | |
| Defendant/Appellee. | |

Appeal from the United States District Court
for the District of Nevada (Reno)

**Appellee Triston Steinman's
Unopposed Motion for an Extension of Time to File
Petition for Panel and/or En Banc Rehearing**

Rene L. Valladares
Federal Public Defender
*Jeremy C. Baron
Assistant Federal Public Defender
411 E. Bonneville Ave. Suite 250
Las Vegas, NV 89101
(702) 388-6577 | jeremy_baron@fd.org

*Counsel for Appellee Triston Steinman

## Argument

This Court issued a published opinion on March 5, 2025, reversing the district court's suppression ruling. The deadline for Mr. Steinman to file a petition for panel and/or en banc rehearing is March 19, 2025. *See* Appellate Rule 40(d)(1). Mr. Steinman respectfully requests the Court extend the deadline for the rehearing petition by ninety (90) days, up to and including June 17, 2025. This motion is supported by the attached declaration.

This motion doesn't exceed 20 pages. *See* Circuit Rule 27-1(1)(d). The government doesn't oppose this motion. *See* Circuit Rule 27-1(2). Mr. Steinman has been released from custody on a personal recognizance bond and is being supervised by pre-trial services. *See* Circuit Rule 27-8.1.

## Conclusion

The Court should grant the requested extension.

Dated: March 12, 2025.

                                                                   Respectfully submitted,

                                                                     Rene L. Valladares
                                                                     Federal Public Defender

                                                                     */s/ Jeremy C. Baron*
                                                                     Jeremy C. Baron
                                                                     Assistant Federal Public Defender

## Declaration of Counsel

I, Jeremy C. Baron, hereby declare as follows under 28 U.S.C. § 1746:

1. I am counsel for defendant/appellee Triston Steinman.

2. The Court issued a published opinion reversing the district court's suppression ruling on March 5, 2025. The current (and original) deadline to file a petition for panel and/or en banc rehearing is March 19, 2025. I am respectfully requesting an extension of ninety (90) days, up to and including June 17, 2025, to file the rehearing petition. I haven't previously requested an extension of this deadline.

3. An extension is reasonably necessary based on the overall legal complexity of the case. The panel issued a 51-page published opinion resolving multiple legal issues. Among other things, part of the opinion—section II(B)(1)—resolves a novel question of Fourth Amendment law regarding whether, when state police are investigating a state crime, the government can retrospectively justify a Fourth Amendment seizure based on a purported federal (not state) offense. Judge Wu issued a concurring opinion explaining the panel should've refrained from reaching this issue: "The majority's decision to

3

nevertheless break new ground . . . sweeps with it a whole host of critical Fourth Amendment issues without announcing a rule or limiting principle to be used in future cases." Slip op. at 50-51.

4. Given the legal complexity of the rehearing petition—including but not limited to the legal issue identified above—Mr. Steinman respectfully suggests the requested extension is reasonably necessary to develop an appropriate strategy for the rehearing petition and fully research and prepare the rehearing petition.

5. The government doesn't oppose this motion.

6. The court reporter is not in default with regard to any designated transcripts.

7. I'm not filing this motion for the purposes of delay but to effectively represent Mr. Steinman. I have exercised diligence in connection with the rehearing petition and will file the rehearing petition within the time requested absent exigent circumstances not known at this time.

Dated: March 12, 2025.

        Respectfully submitted,

        Rene L. Valladares
        Federal Public Defender

        */s/ Jeremy C. Baron*
        Jeremy C. Baron
        Assistant Federal Public Defender