C.A. No. 23-1703

---

Dist. Ct. No: 3:22-cr-00068-ART-CLB

---

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

                    Plaintiff-Appellee,

v.

TRISTON STEINMAN,

                    Defendant,

---

**Government's Unopposed Motion for an Extension of Time to File its Response to Appellant's Petition for Rehearing (60 Days)**

---

| | |
|---|---|
| SIGAL CHATTAH<br>United States Attorney | Peter Walkingshaw<br>Assistant United States Attorney<br>400 S. Virginia St.<br>Suite 900<br>Reno, NV 89501<br>(775) 784 5438<br>*Attorneys for the United States* |
| ADAM FLAKE<br>Appellate Chief | |

Date submitted: July 2, 2025

Appellee United States of America, by and through undersigned counsel, respectfully moves for a 60-day extension of time up to and including September 8, 2025 in which to file its response to Appellant's Petition for Panel Rehearing and Rehearing En Banc. The response is currently due on July 9, 2025.

In support of this motion, undersigned counsel states:

1. In this direct appeal, the government challenged the district court's granting of a motion to suppress evidence obtained during a traffic stop on a rural highway.

2. On March 5, 2025, a three-judge panel of the Court unanimously reversed the district court's granting of the motion to suppress in a 51-page opinion resolving multiple legal issues. Among other holdings, the panel held that the Fourth Amendment permits state police officers to investigate and conduct searches for evidence of federal offenses, and seize evidence related to those offenses, when neither state or federal law otherwise prohibits them from doing so. Judge Wu issued a concurring opinion arguing that the panel majority should have refrained from reaching this issue.

3. Following the issuance of the panel decision, Appellant received a 90-day extension of time to file his petition for panel rehearing and rehearing en banc, which the government did not oppose. Appellant filed his petition for rehearing and rehearing en banc on June 17, 2025. On June 18, 2025 this Court

ordered the government to respond.

2. Undersigned counsel, who is responsible for preparing the government's response, has substantial ongoing responsibilities in addition to preparing the response in this case, and proper presentation of the issues presented will require additional time. For the last several weeks, as the sole appellate attorney currently working in the U.S. Attorney's Office for the District of Nevada, undersigned counsel has been responsible for reviewing and revising all the briefing before this Court arising from criminal matters filed in the District of Nevada. Additionally, among other matters, undersigned counsel will also be responsible primarily responsible for written and motions work in *United States v. Spurlock*, Case No. 3:23-cr-22, an upcoming murder trial expected to last through the month of August. Furthermore, in addition to Appellant's petition, two amicus briefs have been filed in support of Appellant that will require consideration and analysis when responding.

3. This is the government's first request for an extension of time. The government anticipates that, if granted, the requested extension will allow undersigned counsel to prepare a thorough and complete response to the petition.

4. On June 23, 2025, undersigned counsel corresponded via email with counsel for appellant regarding the requested extension. Assistant Federal

Public Defender JoNell Thomas, counsel for Appellant, responded advising Appellant does not object to the government's request for an extension of time.

5. Undersigned counsel avers that he does not seek this extension for purposes of delay, that he is working diligently on this case, and that he believes he will be able to file the response within the additional 60 days requested.

6. All of the necessary transcripts have been prepared.

For the foregoing reasons, the United States respectfully requests the Court grant this motion for a 60-day extension of time until September 7, 2025, in which to file the answering brief.

DATED this 2nd day of July, 2025.

> Respectfully submitted,
>
> SIGAL CHATTAH
> United States Attorney
>
> ADAM FLAKE
> Appellate Chief
>
> s/ *Peter Walkingshaw*
> PETER WALKINGSHAW
> Assistant United States Attorney
> 400 S. Virginia Street, Suite 900
> Reno, NV 89509
> (775) 784-5438
> *Attorneys for Appellee*